UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAMIAN PINA-RAYMUNDO, <br><br> Defendant. | Case No. CR24-79-KKE-002 <br><br> DETENTION ORDER |

Defendant Damian Pina-Raymundo is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), 846. The Court held a detention hearing on June 18, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Pina-Raymundo is charged with an offense with a maximum term of ten years or more under the CSA.

2. There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of

DETENTION ORDER - 1

the community pursuant to 18 U.S.C. § 3142(e).

3. Taken as a whole, the record does effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Pina-Raymundo as required and the safety of the community. Mr. Pina-Raymundo has strong community ties, has been in the community his whole life, and has stable residence.

4. Mr. Pina-Raymundo poses a risk of danger due to the nature and circumstance of the offense charged. There are allegations of large quantities of drugs involved as well as firearms. Drugs and firearms were found at his residence. Given his criminal history, the Court does not find that there is any condition or combination of conditions that will reasonably assure the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Pina-Raymundo shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Pina-Raymundo shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Pina-Raymundo is confined shall deliver Mr. Pina-Raymundo to a United States

Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Pina-Raymundo, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 18th day of June, 2024.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3