UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff(s),<br>　v.<br><br>DAMIAN PINA-RAYMUNDO,<br><br>　　　　　　　Defendant(s). | CASE NO. CR24-0079-KKE-2<br><br>ORDER GRANTING MOTION TO SUBSTITUTE AS COUNSEL FOR DEFENDANT |

Defendant Damian Pina-Raymundo filed a motion to allow a substitution of counsel. Dkt. No. 147. Having reviewed the motion signed by counsel and substitute counsel, the declaration of substitute counsel, and the request of Mr. Pina-Raymundo, the Court GRANTS the motion (Dkt. No. 147). Wayne Clark Fricke is allowed to withdraw and Yan E. Shrayberman is substituted as counsel for Mr. Pina-Raymundo.

Dated this 8th day of August, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO SUBSTITUTE AS COUNSEL FOR DEFENDANT - 1