The Hon. Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAMIAN PINA-RAYMUNDO,

Defendant.

NO. CR24-079-KKE-2

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' unopposed Motion for Final Order of Forfeiture (the "Motion") for the following property (the "Subject Property"), which has already been forfeited by Defendant Damian Pina-Raymundo:

a. $1,210 in U.S. currency, seized on or about May 14, 2024, from Defendant's wallet; and

b. The following firearms, associated ammunition, and accessories, seized on or about May 14, 2024, from Defendant's residence, located at 18225 Southeast 416th Street, Enumclaw, Washington:

    i.   One Ruger Single Six Revolver, bearing serial number 263-63875;

    ii.  One PMF AR 15 rifle;

    iii. One hundred thirty-five rounds of ammunition;

    iv.  Nineteen magazines; and

Final Order of Forfeiture - 1
*United States v. Pina-Raymundo,* CR24-079-KKE

v.   One rifle lower.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On July 28, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting, to the United States, the Defendant's interest in it (*see* Dkt. No. 274);

- The United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (*see* Dkt. No. 288), and attempted to provide direct notice, by means reasonably calculated to reach them, to two potential claimants, as well as to any "Residents," at 18225 Southeast 416th Street, Enumclaw, WA 98022, as required by Fed. R. Crim. P. 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibits A-C); and

- The time period for filing third-party clams has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.   No right, title, or interest in the Subject Property exists in any party other than the United States.

2.   The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

Final Order of Forfeiture - 2
*United States v. Pina-Raymundo,* CR24-079-KKE

3.     The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.


IT IS SO ORDERED.


DATED this 10th day of February, 2026.


Kymberly K. Evanson
United States District Judge

Final Order of Forfeiture - 3
*United States v. Pina-Raymundo,* CR24-079-KKE